

IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **S.B., M.B., J.M. JR., AND G.M., MINORS, BY BRUCE A. WOLF, THEIR GUARDIAN AD LITEM**<br>Plaintiff/Petitioner<br><br>vs.<br>**UNITED STATES OF AMERICA**<br>Defendant/Respondent | Cause No.:  **2:19-CV-00069-RSL**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PERSONAL AND PHYSICAL INJURIES AND DAMAGES** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **22nd day of January, 2019** at **9:12 AM** at the address of **700 STEWART STERET SUITE 5220, SEATTLE, King County, WA 98101**; this declarant served the above described documents upon **UNITED STATES OF AMERICA c/o US ATTORNEYS OFFICE, DESIGNEE** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Michael Marzano , ADMINISTRATIVE OFFICER , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject stating their name, a white male approx. 45-55 years of age, 5'10"-6'0" tall, weighing 160-180 lbs with gray hair with a beard..**
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$49.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____1/24/19_____.

_[signature]_

**James Bradford, Reg. # 204960, King County**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: **Ressler & Tesh, PLLC**
Ref #: **BAKKE**

Tracking #: **0032296178**