# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| S.B., M.B., J.M. Jr., and G.M., minors, by Bruce A. Wolf, their guardian ad litem,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:19-cv-00069<br><br>DECLARATION OF SERVICE ON DEFENDANT UNITED STATES OF AMERICA |

Sasha Craft declares:

1. I have personal knowledge of the facts set forth below.

2. I am employed by Ressler & Tesh PLLC as a paralegal.

3. On today's date, prior to 5:00 p.m., I mailed to the Attorney General of the United States via United States Postal Service certified mail the following documents:

   a. Summons;

   b. Complaint;

   c. Declaration of Service.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

DECLARATION OF SERVICE
ON UNITED STATES OF AMERICA – 1

LAW OFFICES OF RESSLER & TESH
821 SECOND AVENUE, SUITE 2200
SEATTLE, WA 98104
(206) 388-0333

1

2   Executed this 17th day of January, 2019 at Seattle, Washington.

3

4   *[signature]*

5   Sasha Craft

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  DECLARATION OF SERVICE                    LAW OFFICES OF RESSLER & TESH
    ON UNITED STATES OF AMERICA – 2           821 SECOND AVENUE, SUITE 2200
                                              SEATTLE, WA 98104
                                              (206) 388-0333