The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.B., *et al.*, by Bruce A. Wolf, their guardian ad litem,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | CASE NO. 2:19-cv-00069-RSL<br><br>STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING AND INITIAL SCHEDULING DATES *AND [PROPOSED] ORDER*<br><br>**Noted for Consideration:**<br>**February 21, 2019** |

COMES NOW Plaintiffs, by and through their Guardian *ad litem* and their attorney, Allen Ressler, and Defendant, United States of America, through its counsel, Tricia Boerger, Assistant United States Attorney, in this stipulated motion to extend the responsive pleading and initial scheduling dates in this matter as follows:

| | |
|---|---|
| United States' Responsive Pleading: | 04/10/2019 |
| Deadline for FRCP 26(f) Conference: | 04/17/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 04/24/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 05/01/2019 |

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING AND INITIAL
SCHEDULING DATES
AND [PROPOSED] ORDER - 1
2:19-cv-00069-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

This extension is necessary due to the lapse in appropriations from December 21, 2018 through January 25, 2019, impacting both the Department of Justice and the Department of Interior, the relevant federal agency in this matter. This matter was filed on January 15, 2019 and served upon the United States Attorney's Office on or about January 22, 2019. Thus, the United States' responsive pleading is currently due on or before March 22, 2019. However, the month-long lapse in appropriations has impacted the government's ability to timely investigate, review, and confer with the Tribe and relevant federal agency about this matter.

Additionally, the United States has not yet answered the Complaint and is therefore not in a position to meaningfully participate in a Fed. R. Civ. P. 26(f) conference, prepare initial disclosures or discuss a discovery plan. As such, the parties are requesting an extension of time for the initial scheduling dates to allow them time to review the initial pleadings and participate meaningfully in the Rule 26 discovery process.

DATED this 21st day of February 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/ Allen M. Ressler
ALLEN M. RESSLER, WSBA #5330
Ressler & Tesh, PLLC
821 Second Avenue, Suite 2200
Seattle, Washington 98104
Phone: (206) 388-0333
Fax: (206) 388-0197
allen@resslertesh.com
Attorney for Plaintiffs

s/ Tricia Boerger
TRICIA BOERGER, WSBA #38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Email: tricia.boerger@usdoj.gov
Attorneys for the United States

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING AND INITIAL
SCHEDULING DATES
AND [PROPOSED] ORDER - 2
2:19-cv-00069-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

# ORDER

Pursuant to the parties' motion, and the parties having stipulated and agreed, it is hereby **ORDERED** that the responsive pleading deadline and initial scheduling dates in this matter shall be revised as follows:

| | |
|---|---|
| United States' Responsive Pleading | 04/10/2019 |
| Deadline for FRCP 26(f) Conference: | 04/17/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 04/24/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 05/01/2019 |

DATED: Feb 22, 2019.

_____
Robert S. Lasnik
United States District Judge

*Presented by:*

BRIAN T. MORAN
United States Attorney

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA # 38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970
tricia.boerger@usdoj.gov
Attorneys for Defendant

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING AND INITIAL
SCHEDULING DATES
AND [~~PROPOSED~~] ORDER - 3
2:19-cv-00069-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970