The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.B., *et al.*, by Bruce A. Wolf, their guardian ad litem,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:19-cv-00069-RSL<br><br>STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING AND INITIAL SCHEDULING DATES<br>*AND ORDER* |

COME NOW Plaintiffs, by and through their Guardian *ad litem* and their attorney, Allen Ressler, and Defendant, United States of America, through its counsel, Tricia Boerger, Assistant United States Attorney, in this stipulated motion to extend the responsive pleading and initial scheduling dates until Plaintiffs have filed an amended complaint and added an additional party.

This extension is necessary as Plaintiffs recently indicated their intention to add a party to this matter and amend the Complaint. The United States agrees that the additional party is necessary and proper in this litigation. However, an amended complaint would render the United States' responsive pleading, due on April 10, 2019, moot.

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING AND INITIAL
SCHEDULING DATES
*AND ORDER* - 1
2:19-cv-00069-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

Additionally, the parties are requesting an extension of time for the initial scheduling dates to allow an amended complaint to be filed and the additional party to participate in the Rule 26 discovery process. As such, the parties respectfully request that the existing deadlines be extended at least 30 days to allow for the filing of the amended complaint and proper service of the amended complaint on the additional party.

DATED this 9th day of April, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Allen Ressler*
ALLEN M. RESSLER, WSBA #5330
Ressler & Tesh, PLLC
821 Second Avenue, Suite 2200
Seattle, Washington 98104
Phone: (206) 388-0333
Fax: (206) 388-0197
allen@resslertesh.com
Attorney for Plaintiffs

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA #38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Email: tricia.boerger@usdoj.gov
Attorneys for the United States

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING AND INITIAL
SCHEDULING DATES
*AND ORDER* - 2
2:19-cv-00069-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

# ORDER

Pursuant to the parties' motion, and the parties having stipulated and agreed, it is hereby **ORDERED** that the responsive pleading deadline and initial scheduling dates in this matter shall be revised as follows:

| | |
|---|---|
| United States' Responsive Pleading | 14 days after filing of amended complaint |
| Deadline for FRCP 26(f) Conference: | 05/17/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 05/24/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 05/31/2019 |

Dated this 11th day of April, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING AND INITIAL
SCHEDULING DATES
AND ORDER - 3
2:19-cv-00069-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970