The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.B., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al. <br><br> Defendants. | CASE NO.  2:19-cv-00069-RSL <br><br> DECLARATION OF TRICIA BOERGER IN RESPONSE TO PLAINTIFFS' MOTION FOR RELIEF UNDER FRCP 17(c)(2) |

I, Tricia Boerger, hereby declare as follows:

1. I am an Assistant United States Attorney for the Western District of Washington and am the attorney of record representing the Defendants in the above-captioned case. As the attorney of record, I am familiar with the case file and records in this matter. The statements below are based upon my review of the file and records in this matter.

2. Plaintiffs S.B. and M.B. were wards of the State of Washington until jurisdiction was transferred to the Muckleshoot Indian Tribe (the "Tribe") on October 15, 2013.  The children have remained in the dependency of the Tribe since that date.

Declaration of Tricia Boerger
2:19-cv-00069-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.     Plaintiffs, J.M. Jr. and G.M. have been in the dependency of the Tribe since May 2013, but were not previously wards of the State.

4.     M.B., J.M. Jr., and G.M. are domiciled on the Tribal reservation.

5.     S.B. has a Tribal Court appointed guardian ad litem.

6.     Based upon information and belief, as of the time of filing of this response, Bruce A. Wolf has not sought a guardian ad litem appointment from the Tribal Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 30th day of September, 2019 at Seattle, Washington.

s/ Tricia Boerger
Tricia Boerger, WSBA No. 38581
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  tricia.boerger@usdoj.gov

Declaration of Tricia Boerger
2:19-cv-00069-RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

It is further certified that on September 30, 2019, I electronically filed said pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

| | |
|---|---|
| Allen M. Ressler | allen@resslertesh.com |
| Timothy Rolland Tesh | tim@resslertesh.com |
| Allison Margaret Croft | allison.croft@atg.wa.gov |
| Zebular J. Madison | zebular.madison@atg.wa.gov |

I further certify that on September 30, 2019, I mailed by United States Postal Service said pleading to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

Dated this 30th day of September, 2019.

/s/ Tricia Boerger
TRICIA BOERGER, Assistant U.S. Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  tricia.boerger@usdoj.gov

Declaration of Tricia Boerger
2:19-cv-00069-RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970